# THE MARKS LAW FIRM, P.C.

July 17, 2025

**FILED VIA ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, NY 10007-1312

      RE:      **Dunbar v. Banna Strand, LLC et al.**
                  **Docket No.: 1:25-cv-04023-VSB-RFT**

Dear Judge Tarnofsky,

      Plaintiff and Defendants, Banna Strand, LLC and 1607 York LLC, jointly and respectfully request an extension of the deadline to submit a joint letter from **July 20, 2025,** to **August 19, 2025**, in accordance with Your Honor's Order dated June 23, 2025 [Dkt. 12].

      This request is being made because the parties have been engaged in substantive settlement discussions, which include the exchange of pertinent information and photographs. Despite these discussions, the parties are still determining whether to proceed with a settlement conference or mediation if this case is not resolved beforehand.

      Therefore, the parties jointly and respectfully request an extension of time to continue discussing a possible resolution of this matter and determine whether there is a mutual interest in engaging in the SDNY mediation program or a settlement conference. This is the first request of its kind.

      Thank you for your attention to the above. Please let us know if Your Honor requires any additional information.

      Respectfully Submitted,

**Application granted. I do not anticipate granting any further extensions of this deadline absent very good cause shown, and further settlement discussions shall not constitute the requisite good cause.**

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

**The Clerk of Court is respectfully requested to terminate ECF 15.**

SO ORDERED

**Date: July 17, 2025**
**New York, NY**

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770-3775, F: (646) 867-2639, brad@markslawpc.com
www.markslawpc.com